UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UCHE ADIM, :
: Civil Action No. 11-3088 (SRC)
    Petitioner, :
:
v. : **ORDER**
:
ERIC HOLDER, JR., et al., :
:
    Respondents. : **CLOSED**

    For the reasons expressed in the Opinion filed herewith,

IT IS on this ____ day of _June_____, 2011,

    ORDERED that the Clerk of the Court shall administratively terminate this action; and it is further

    ORDERED that the Clerk of the Court shall supply to Petitioner a blank form Application, for use by a prisoner, to Proceed In Forma Pauperis in a Habeas Case; and it is further

    ORDERED that if Petitioner wishes to reopen this action, he shall so notify the Court, in writing addressed to the Clerk of the Court, at

    Martin Luther King Building and U.S. Courthouse,
    50 Walnut Street, Newark, New Jersey, 07101,

within 30 days after the date of entry of this Order; Petitioner's writing shall include either (1) a complete in forma pauperis application, including an affidavit of indigence and six-month institutional account statement, certified by the appropriate official of each institution at which Petitioner is

or was confined during the previous six months, or (2) the $5 filing fee; and it is further

ORDERED that any application to re-open this matter must be accompanied by an amended petition naming a proper respondent; and it is further

ORDERED that the Clerk of the Court shall close the Court's file in this matter and shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

_____
Stanley R. Chesler
United States District Judge